**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

Robert Frazer
United States Attorney

*Christian Carrara*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*christian.carrara2@usdoj.gov*

*Main: (856) 757-5105*
*Direct: (973) 494-6933*

November 13, 2026

**<u>Via Electronic Filing</u>**
Honorable Edward S. Kiel
United States District Court
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

# ORDER

**Re: *Meggali v. Blanche, et al.*, No. 26-14648 (ESK)**
**Petitioner's Release**

Dear Judge Kiel:

This Office represents Respondents in this habeas action. We write to report that U.S. Immigration and Customs Enforcement has informed this Office that Petitioner was released from custody at 5:15 p.m. on November 13, 2026, with his property and no additional conditions imposed.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: <u>*s/ Christian H. Carrara*</u>
CHRISTIAN H. CARRARA
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (via ECF)

**So Ordered.**

***<u>/s/ Edward S. Kiel</u>***
**Edward S. Kiel, U.S.D.J.**
**Date: November 16, 2026**